# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-3698
_____

MICHAEL A. BARR, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

September 22, 2021

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Michael A. Barr, Jr., pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.